JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DUFFY ARCHIVE LIMITED, | Case No.: 2:22-cv-05737-JLS-KS |
| Plaintiff, | **JUDGMENT ON PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT ON THE SETTLEMENT [27]** |
| v. | |
| HOTEL DE VILLE EYEWEAR, LLC and JAVIER T. BRAMBILA, | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Entry of Judgment on the Settlement. The Court, having considered the Motion and for the reasons set forth in its Order, dated July 11, 2023 [31], thereby **ORDERS** that the Motion is **GRANTED in part and DENIED in part**, and enters Judgment on the Settlement in the amount of $3,500 in principal amount and $3,680 in attorneys' fees against Defendants.

**SO ORDERED.**

DATED: 12/28/2023

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE